**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 19-cv-265 (CRC) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) | |

**JOINT STATUS REPORT**

1. Plaintiff American Oversight initiated this action against the U.S. Department of Justice (DOJ) under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA) on January 31, 2019.

2. DOJ has produced 237 pages of responsive records to plaintiff and represents that it has completed production of responsive records.

3. Plaintiff has raised concerns with selected redactions DOJ has applied under FOIA Exemption 6 and with the adequacy of DOJ's search for responsive records. The parties are in the process of conferring but to date have not resolved these contested issues. The parties seek additional time to try and resolve these issues, or at least narrow the issues that remain for briefing. For these reasons, the suggested schedule for briefing any remaining contested issues has DOJ's opening brief due on the date suggested below.

4. In accordance with the Court's June 5, 2019 Order, the parties propose the following briefing schedule[1] to resolve the contested issues that remain in the case:

---

[1] Key staff at DOJ has not been available to fully participate in all of the conferral, but in accordance with the Court's order, the parties have proposed a briefing schedule in this Joint

a. Defendant's Motion for Summary Judgment: October 11, 2019

b. Plaintiff's Cross-Motion for Summary Judgment and Opposition: November 8, 2019

c. Defendant's Opposition and Reply: December 6, 2019

d. Plaintiff's Reply: December 20, 2019

Dated: July 11, 2019

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

/s/ Marina Utgoff Braswell
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendant*

Respectfully submitted,

/s/ Daniel A. McGrath
Daniel A. McGrath
D.C. Bar No. 1531723

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-4213
daniel.mcgrath@americanoversight.org

*Counsel for Plaintiff*

---

Status Report. If further consideration when all relevant staff are available resolves all contested issues in this matter, the parties will promptly notify the Court.