# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 19-cv-265 (CRC) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

## DEFENDANT'S UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME

By Order dated July 12, 2019, this Court set a briefing schedule in this case which provides for defendant filing its motion for summary judgment on October 11, 2019. Defendant is diligently working on preparing that filing, but needs additional brief time to complete declarations, which are needed to complete the brief. Defendant recently made an additional release of information to plaintiff, which has helped to reduce the issues to be litigated.

Defendant requests that the date for filing its motion for summary judgment be extended to October 15, 2019, which constitutes only one business day. This is defendant's first request for an extension of time in this case.

Defense counsel has conferred with plaintiff's counsel, and plaintiff does not oppose this request. The parties have agreed that as of now, none of the additional dates for briefs need to be extended. Thus, this proposal does not extend the end of the current briefing schedule.

For the foregoing reasons, defendant requests that this unopposed motion be granted.

Respectfully submitted,

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 19-cv-265 (CRC) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| *Defendant*. | ) |

## **ORDER**

Upon consideration of Defendant's Unopposed Motion for Brief Extension of Time and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that defendant may have to and including October 15, 2019, in which to file its motion for summary judgment. All remaining dates for briefs remain the same.

_____
UNITED STATES DISTRICT JUDGE